The Honorable Theresa L. Fricke

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

U.S. BANK NATIONAL ASSOCIATION,

    Plaintiff,

v.

MODUTECH MARINE, INC.,

    Defendant.

No. 22-cv-5586-TLF

STIPULATED ORDER GRANTING MOTION OF U.S. BANK NATIONAL ASSOCIATION FOR SUMMARY JUDGMENT

The parties, by and through their respective counsel, stipulate and agree to the entry of this Stipulated Order granting the Motion of U.S. Bank National Association ("U.S. Bank") for Summary Judgment ("Motion") and to the entry of judgment for U.S. Bank and against Modutech Marine, Inc. ("Modutech") in the amount of $491,779.98, including fees and costs of $20,000.00, with interest to accrue from the date of judgment at the federal judgment rate.

Therefore, the Court finds and ORDERS that the Motion is GRANTED and that judgment shall be entered in favor of U.S. Bank and against Modutech in the amount of $491,779.98, with interest accruing at the federal judgment rate.

DATED this __24__ day of ____January____, 2023.

*Theresa L. Fricke*
_____
THERESA L. FRICKE
UNITED STATES MAGISTRATE JUDGE

STIPULATED ORDER (22-cv-5586-TLF) - 1